# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL.  504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA  70130**

February 3, 2005



RECEIVED

FEB 1 0 2005

CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Ms. Karen S. Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
202 US Courthouse
Fort Worth, TX 76102

USCA No. 04-70050 ___Hall v. USA
-----------------------------------------------
(USDC No. 4:94-CR-00121-2)

Dear Ms. Mitchell:

In this case, the 60-day transcript discount period expired on January 10, 2005 and to date the transcript has not been filed.  Therefore, the court reporter must discount the CJA 24 voucher by 10%.  Additionally,  in accordance with Fifth Circuit practice, if the transcript is not filed by February 9, 2005, we will implement a 20% discount, **without further notice.**

Sincerely,

David E. Young
Chief Deputy Clerk

DEY/src
cc:    Mr. Robert C. Owen
       Ms. Delonia A. Watson
       Ms. Ana P. Warren, US Court Reporter