# United States District Court
## Northern District of Texas
## Office of the Clerk

*501 West 10th Street Room 310*
*Fort Worth, TX 76102-3673*

3/4/05

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA  70130

*Attn Monica Washington*

SUBJECT: 4:94-CR-121 Y USA vs Orlando Cordia Hall (4:00-CV-422Y) Death Penalty Case USCA #04-70050

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

____    Certified copy of the notice of appeal and docket entries
____    Certified copy of the notice of cross-appeal and docket entries
__X__   Record on appeal consisting of SEE ATTACHED LIST volume(s) of the case papers;
____        Volume(s) of the transcript                     ____    PSI and SOR page Sealed
____        Container(s) of exhibits                        ____    Sealed envelopes

ORIGINAL DOCUMENT(S) ENCLOSED--RETURN TO DISTRICT COURT
____    Supplemental record, including updated docket entries
____    Copy of CJA-20 appointing counsel
____    Other:

In regard to the notice of appeal, the following additional information is furnished:

____    The Court of Appeals docket fee has been paid
____    This case is proceeding *in forma pauperis;* Fee has been requested
____    Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on:
____    The District Judge entering the final judgment is:
____    Court proceedings were held in this case; the court reporter assigned to this case is:
____    Names of co-defendants if any, and any pending appeals:
____    This case was decided without a hearing, therefore there will be no transcript
____    UPS Tracking #:

Sincerely,
KAREN MITCHELL
*Clerk of Court*

*Charlotte White*

RECORDS MAILED TO USCA5 FOR 4:94-CR-121 Y (4:00-CV-422 Y)
USCA #04-70050 - **MAILED TO MONICA WASHINGTON**

ALL ORIGINAL RECORDS MAILED TO BE RETURNED TO USDC

**2255 EXHIBITS (CRIMINAL CASE PAPERS)**

7 volumes 2255 exhibits (Criminal Case papers)

28 Transcripts:

#441,442,500,547,548,549,550,680,681,683,684,685,686,765,766,767,768,769,770,771,772,773,
774,776,777,778,891, 1150 (pertains to 2255)

1 folder SEALED PLEADINGS:

#44,45,71,72,73,99,113,120,245,276,315,334,370,404,405,408,411,419,420,431,433,436,442,
467,920,929,932,933,934,935,936,938,946,951

1 copy PSR/SOR under SEAL

1 folder containing envelopes of pleadings Unsealed per Order 8/3/2000:

#44,49,173,174,197,198,199,200,236,286,301,384,388,452,453,454,455,470,471,502,503,515,
516,517,538,539,540,541,603,604,672

**2255 CASE PAPERS**

7 Volumes 2255 case papers

1 folder containing:

 1 Volume exhibits to 2255 case papers

2 folders containing exhibits:

 #1061,1062,1070,1071

1 folder containing exhibits Appendix documents:

 #987,994,1012,1022,1051,1057,1077,1102,1105,1109

SEALED DOCUMENTS:

966,967,968,970,1002,1003, 1029