AO
(Rv
CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| | Orlando Cordia Hall | | 0503620066036 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:94-CR-121   2 | 04-70050 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v. HALL | ☐ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☑ Other<br>☐ Appeal   CAPITAL 2255 | ☐ Adult Defendant  ☑ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other: | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

28 USC §2255 (habeas corpus proceeding by federal prisoner under a death sentence)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

Appeal to U.S. Court of Appeals from District Court orders denying 2255 motion.

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions unless specifically authorized by the Court (see Item 14).

Evidentiary hearing conducted June 7, 2004.

NORTHERN DISTRICT OF TEXAS
**FILED**
MAR 8 2005
CLERK, U.S. DISTRICT COURT
Deputy

**14. SPECIAL AUTHORIZATIONS** | | **JUDGE'S INITIALS**

A. Apportioned Cost_____% of transcript with (Give case name and defendant)

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire _____ ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney _____    Date De 7 2004

Printed Name  Robert C. Owen

Telephone Number: 512-804-2661

☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

VOUCHER #S
Signature of Presiding Judicial Officer or By Order of the Court
12-14-04
Date of Order                                Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

**17. COURT REPORTER/TRANSCRIBER STATUS**

☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

Ana P. Warren
U.S. District Court Reporter
501 W. 10th #201
Ft. Worth    Telephone Number: 817/850-6681

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-14 | 14 | $3.30 | $46.20 | $4.62 | $41.58 |
| Copy | | | | | 10% disc | |
| Expenses (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED :** | | $41.58 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee  Ana P. Warren    Date 2-14-05

**ATTORNEY CERTIFICATION**

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk  Mary A Kemp    Date 2-14-05

**APPROVED FOR PAYMENT — COURT USE ONLY**

**23. APPROVED FOR PAYMENT**

Signature of Judicial Officer or Clerk of Court    Date 2-15-05

**24. AMOUNT APPROVED**