CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| TXNFW | HALL, Orlando Cordia | 050311000007 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 4:00-CV-422-Y, 4:94-CR-121 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| HALL v. UNITED STATES | ☐ Adult Defendant  ☐ Appellant  ☐ Other: <br> ☑ Habeas Petitioner  ☐ Appellee | ☐ D1 28 U.S.C. § 2254 Habeas (Capital)  ☑ D3 28 U.S.C. § 2255 (Capital) <br> ☐ D2 Federal Capital Prosecution  ☐ D4 Other (Specify) |

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
28 USC Sec. 2255 (DEATH PENALTY CASE)

**11. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Robert C. Owen
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX 78704

RECEIVED U.S. COURT OF APPEALS FIFTH CIR.

FEB 14 2005

Telephone Number: (512) 804-2661

**12. COURT ORDER:**

☐ O Appointing Counsel ☐ C Co-Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney
☐ P Subs For Panel ☐ Y Standby Counsel

Prior Attorney's Name: _____ Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☑ LEAD COUNSEL ☐ CO-COUNSEL

Name of Co-Counsel Marcia A. Widder   Appointment Date: 5/20/1999

**13. NAME AND MAILING ADDRESS OF LAW FIRM(S)** (Only provide per instructions)

Owen & Rountree, LLP
P.O. Box 40428
Austin, TX 78704

512-804-2661 voice
512-804-2685 fax

U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED
MAR 1 2005
CLERK, U.S. DISTRICT COURT

U.S. COURT OF APPEALS FIFTH CIRCUIT RECEIVED JAN 31 2005 CIRCUIT EXEC

☐ (C) The petitioner... if any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings, and describe your role in each. (e.g., lead counsel or co-counsel).

☐ (D) the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

_____
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

**CLAIM FOR SERVICES AND EXPENSES**

**14. STAGE OF PROCEEDING** Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING | |
|---|---|---|---|---|---|
| a. ☐ Pre-Trial | e. ☐ Appeal | g. ☑ Habeas Petition | k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | l. ☐ Stay of Execution | o. ☐ Other |
| b. ☐ Trial | f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | h. ☐ Evidentiary Hearing | | m. ☐ Appeal of Denial of Stay | |
| c. ☐ Sentencing | | i. ☐ Dispositive Motions | | n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay | |
| d. ☐ Other Post Trial | | j. ☐ Appeal | | | |

**HOURS AND COMPENSATION CLAIMED** — **FOR COURT USE ONLY**

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $____) | 0.0 | 0.00 | IN COURT TOTAL Category a | IN COURT TOTAL Category a | |
| b. Interviews and Conferences with Client | 22.3 | | | | |
| c. Witness Interviews | 19.8 | | | | |
| d. Consultation with Investigators & Experts | 15.1 | | | | |
| e. Obtaining & Reviewing the Court Record | 2.3 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | ~~21.3~~ | | 22.15 | OUT OF COURT TOTAL Categories b–j | OUT OF COURT TOTAL Categories b–j |
| g. Consulting with Expert Counsel | ~~3.1~~ | | .35 | | |
| h. Legal Research and Writing | 193.5 | | | | |
| i. Travel | 8.5 | | | | |
| j. Other (Specify on additional sheets) | 60.5 | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = $ 125.00) | ~~344.5~~ 346.4 | ~~52,856.25~~ | 43,062.50 | | |

**CLAIM FOR TRAVEL AND EXPENSES**

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | 1,342.14 | |
|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) | 4,229.69 | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | ~~58,428.08~~ | 48,634.33 |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|
| FROM: 09/24/2000  TO: 11/23/2004 | | on appeal |

**21. CLAIM STATUS** ☑ Final Payment ☐ Interim Payment Number ____ ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? ☑ YES ☐ NO  If yes, were you paid? ☑ YES ☐ NO
Other than from the Court, have you, or to your knowledge has any one else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☑ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date 12-16-2004

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | 43 062.50 | 1342.14 | 4 229.69 | $ 48,634.33 |

| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 27a. JUDGE CODE |
|---|---|---|
| Terry R. Means | 1-12-05 | |