United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

**F I L E D**

August 11, 2005

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---

No. 03-11194

---

D.C. Docket No. 4:00-CV-1646-Y
4:94-CR-121-1

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRUCE CARNEIL WEBSTER

Defendant - Appellant

> **U.S. DISTRICT COURT**
> **NORTHERN DISTRICT OF TEXAS**
> **FILED**
>
> JAN 2 6 2006
>
> **CLERK, U.S. DISTRICT COURT**
>
> By _____
> Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth.

Before SMITH, WIENER, and BARKSDALE, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:    **JAN 2 4 2006**

A true copy
    Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
        Deputy

New Orleans, Louisiana

JAN 2 4 2006