RECEIVED
JAN 2 6 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 24, 2006

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102

        No. 03-11194 USA v. Webster
           USDC No.  4:00-CV-1646-Y
                    4:94-CR-121-1

Enclosed, for the district court only, is a certified copy of the
judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's
opinion.

Record/original papers/exhibits are returned:

( 56 ) Volumes    (  ) Envelopes    ( 1 )**sealed** Box

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                        *Rhonda F Parker*
        By: _____
                        Rhonda F. Parker, Deputy Clerk
                        504-310-7703

cc: (letter only)
    Honorable Terry R Means
    Ms Lena G Roberts
    Mr Philip Alan Wischkaemper
    Ms Delonia Anita Watson

MDT-1

(3) Received vol 2255
(13) 2255 exh. vol ( case paper )
(40) transcripts
(1 ) copy PSR (destroyed)
(65) seal Doc.