ORIGINAL

RECEIVED

JUL 18 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 14, 2006

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102

        No. 04-70050 USA v. Hall
            USDC No.  4:00-CV-422-Y
                      4:94-CR-00121-2

The following is (are) returned:

Original Record on Appeal,  ( 42 ) Vols.

Original Exhibits,  (    ) Box        ( 5 ) Expandable Envs.
                    (    ) Package    ( 1 ) PSR/SOR Envelope

    1 Expandable Folder Contining Several SEALED Envelopes.
    7 Sealed Envelopes - Doc #'s 966,967,968,970,1002,1003&1029.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By: _____
                Monica Washington, Deputy Clerk
                504-310-7705

Received:
(See attached list)

RECORDS MAILED TO USCA5 FOR 4:94-CR-121 Y (4:00-CV-422 Y)
USCA #04-70050 - **MAILED TO MONICA WASHINGTON**

ALL ORIGINAL RECORDS MAILED TO BE RETURNED TO USDC

**2255 EXHIBITS (CRIMINAL CASE PAPERS)**

7 volumes 2255 exhibits (Criminal Case papers)

28 Transcripts:

#441,442,500,547,548,549,550,680,681,683,684,685,686,765,766,767,768,769,770,771,772,773,
774,776,777,778,891, 1150 (pertains to 2255)

1 folder SEALED PLEADINGS:

#44,45,71,72,73,99,113,120,245,276,315,334,370,404,405,408,411,419,420,431,433,436,~~442,~~ 443
467,920,929,932,933,934,935,936,938,946,951
                                    437

1 copy PSR/SOR under SEAL

1 folder containing envelopes of pleadings Unsealed per Order 8/3/2000:

#44,49,173,174,197,198,199,200,236,286,301,384,388,452,453,454,455,470,471,502,503,515,
516,517,538,539,540,541,603,604,672

**2255 CASE PAPERS**

7 Volumes 2255 case papers

1 folder containing:

 1 Volume exhibits to 2255 case papers

2 folders containing exhibits:

 #1061,1062,1070,1071

1 folder containing exhibits Appendix documents:

 #987,994,1012,1022,1051,1057,1077,1102,1105,1109

SEALED DOCUMENTS:

966,967,968,970,1002,1003, 1029