

**ORIGINAL CASE FILE**

U.S. Department of Justice

Federal Bureau of Prisons

4.94 CR 121-Y (01)

*United States Penitentiary*
*Terre Haute, Indiana*

December 5, 2006

RECEIVED

JAN 1 0 2007

CHAMBERS OF
JUDGE TERRY R. MEANS

Bruce Webster
Reg. No. 26177-077
Special Confinement Unit
United States Penitentiary
Terre Haute, Indiana 47802

Dear Mr. Webster:

The purpose of this letter is to inform you that a date has been set for implementation of your death sentence, pursuant to the Judgment and Commitment Order issued on September 24, 1996, by the Honorable Terry R. Means of the United States District Court for the Northern District of Texas. The Director of the Federal Bureau of Prisons has set April 16, 2007, as the date for your execution by lethal injection.

To seek clemency under Title 28, Code of Federal Regulations, Sections 1.1 and 1.10, a written request for commutation of sentence or reprieve from the President must be filed with the Office of the Pardon Attorney, 1425 New York Ave. N. W., Suite 11,000, Washington, D.C. 20530. The Office of the Pardon Attorney is responsible for receiving and processing, on behalf of the President, all requests for clemency. The petition must be filed within 30 days of the date you receive this notice.

In the near future, I will come to your housing unit to personally discuss with you many of the details surrounding the execution. At that time, I will be available to answer questions you may have regarding the execution procedures.

Sincerely,

R. V. Veach
Warden

Bruce Webster
Reg. No. 26177-077
Page 2


cc:

Honorable Terry R. Means
United States District Judge
U. S. Courthouse
501 W. 10th Street Room 201
Fort Worth, TX 76102-3673

Susan W. Brooks
United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-6333

Peter M. Swaim
United States Marshal
Southern District of Indiana
46 East Ohio Street Room 179
Indianapolis, IN 46204

Richard B. Roper
United States Attorney
Northern District of Texas
Earle Cabell Federal Building
1100 Commerce Street, Suite 300
Dallas, TX 75242-1699

Delonia Watson
Assistant United States Attorney
Northern District of Texas
Fort Worth Division
Burnett Plaza Suite 1700
801 Cherry Street, Unit #4
Fort Worth, TX 76102-6882

Philip Wischkaemper
Capital Assistance Attorney
Texas Criminal Defense Lawyer's Project
915 Texas Avenue
Lubbock, TX 79401

Bruce Webster
Reg. No. 26177-077
Page 3

I acknowledge that I have received the original and one copy of this letter on the 5th day of December, 2006.

Bruce Webster
_____
Bruce Webster