**U. S. Department of Justice**

Pardon Attorney

RECEIVED

MAR − 1 2007

CHAMBERS OF
JUDGE TERRY R. MEANS

*Washington, D.C. 20530*

**FEB 26 2007**

The Honorable Terry R. Means
United States District Judge
501 W. 10th Street
Room 201
Fort Worth, Texas  76102-3673

ORIGINAL
CASE FILE

> Re:    Bruce Webster
>         Case No. 4:94-CR-121-Y (01)
>         Applicant for commutation of death sentence to life
>         imprisonment without parole

Dear Judge Means:

We received by facsimile your letter of February 6, 2007, in response to our request for your comments concerning the application for commutation of the death sentence imposed upon Bruce Webster.  We have received a copy of an order of the District Court for the District of Columbia staying the execution date for Mr. Webster set by the Bureau of Prisons (April 16, 2007), as a result of his intervention in litigation there challenging the constitutionality of the method of execution (lethal injection).  In accordance with Rule 1.10(d) of the Rules Governing Petitions For Executive Clemency, we are suspending the clemency proceeding, pending further developments in the litigation.

We expect the litigation will be concluded in the fall of this year; if the result of the litigation is a dissolution of the stay and the setting of a new execution date, we will advise you on the procedure that will be followed in resuming and resolving the clemency case.  We will include your letter in Mr. Webster's clemency file and expect to afford a further opportunity to comment if intervening events warrant.

If you have any questions, please contact me or Deputy Pardon Attorney Susan Kuzma at (202) 616-6070.  Thank you for your assistance in this matter.

Sincerely,

Roger C. Adams

Roger C. Adams
Pardon Attorney