IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:94-CR-121-Y |
| | § | |
| BRUCE CARNEIL WEBSTER (1) | § | |
| ORLANDO CORDIA HALL (2) | § | |

ORDER TO SHOW CAUSE

Defendant Hall was sentenced to death on February 21, 1996. Defendant Webster was sentenced to death on September 30, 1996. The record reflects that both defendants unsuccessfully appealed their convictions and sentences to the United States Court of Appeals for the Fifth Circuit ("Fifth Circuit"). They sought but were denied writs of certiorari by the United States Supreme Court ("Supreme Court"). *Hall v. United States*, 526 U.S. 1117 (1999); *Webster v. United States*, 528 U.S. 829 (1999). Thereafter, both defendants filed petitions for writs of habeas corpus under 28 U.S.C. § 2255, which were denied and subsequently unsuccessfully appealed to the Fifth Circuit. Again, Defendants sought but were denied writs of certiorari by the Supreme Court. *Hall v. United States*, 127 S. Ct. 2029 (2007); *Webster v. United States*, 549 U.S. 828 (2006). Nevertheless, as of the date of this order, the death sentence imposed by this Court has not been carried out.

As a result, no later than January 9, 2009, the government is ORDERED to show cause, in writing, as to why it has not carried out the sentence imposed by this Court.

SIGNED December 10, 2008.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - Page Solo
TRM/chr