IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORLANDO CORDIA HALL,      )
                                      ) CRIMINAL NO. 4:94-CR-121-Y

Movant,                 ) (Civil Case No. 4:00-CV-422-Y)
                                        )

v.                       ) ORDER GRANTING MOTION
                                        ) TO PROCEED WITHOUT LOCAL COUNSEL

UNITED STATES OF AMERICA,  )
                                        )

Respondent.            )

**ORDER**

For the reasons specified therein, Mr. Hall's Motion To Proceed Without Local Counsel

is GRANTED.  It is hereby ORDERED that this Court GRANTS LEAVE to Mr. Hall to proceed

in the captioned matter without designating local counsel.

Dated this ___ day of _____ 2016

_____

UNITED STATES DISTRICT JUDGE