IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | CRIMINAL NO. 4:94-CR-121-Y |
| Movant, | ) | (Civil Case No. 4:00-CV-422-Y) |
| | ) | |
| v. | ) | ORDER GRANTING MOTION |
| | ) | TO HOLD CASE IN ABEYANCE |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

For the reasons specified therein, Mr. Hall's Motion To Hold Case in Abeyance is

GRANTED.  It is hereby ORDERED that Mr. Hall's case will be held in abeyance pending the

Fifth Circuit's authorization to file a successive § 2255 motion.


Dated this ___ day of _____ 2016



_____

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORLANDO CORDIA HALL,        )
                            )  CRIMINAL NO. 4:94-CR-121-Y
Movant,                     ) (Civil Case No. 4:00-CV-422-Y)
                            )
v.                          )  ORDER GRANTING MOTION
                            )  TO TRANSFER SUCCESSIVE § 2255
UNITED STATES OF AMERICA,   )  MOTION TO THE COURT OF APPEALS
                            )
Respondent.                 )

## ORDER

For the reasons specified therein, Mr. Hall's Motion To Transfer Successive § 2255

Motion To The Court of Appeals is GRANTED.  It is hereby ORDERED that Mr. Hall's

successive § 2255 motion is transferred to the Fifth Circuit Court of Appeals.

Dated this ___ day of _____ 2016

_____

UNITED STATES DISTRICT JUDGE