IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-391-Y |
| | § | (Criminal Case No. 4:94-CR-121-Y-2) |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER GRANTING ABEYANCE

Petitioner Orlando Cordia Hall (Hall) is a federal prisoner who has filed a successive motion to vacate his death sentence under 28 U.S.C. § 2255.  He moves the Court to hold this case in abeyance while the Court of Appeals for the Fifth Circuit considers his application for authorization to file the successive motion. (Doc. 1196.)  Hall certifies that the government does not oppose abeyance.

The Court GRANTS the motion to hold the case in abeyance.  (Doc. 1196.)  Hall's § 2255 motion is held in abeyance pending the Court of Appeals' ruling on his application for authorization to file a successive motion.

SIGNED May 27, 2016.

_Terry R. Means_
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE