IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORLANDO CORDIA HALL,           §
    Petitioner,                §
                        §
V.                                 § CIVIL ACTION NO. 4:16-CV-391-Y
                        §(Criminal Case No. 4:94-CR-121-Y-2)
UNITED STATES OF AMERICA,       §
    Respondent.                §

ORDER GRANTING LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Petitioner Orlando Cordia Hall (Hall) is a federal prisoner who has filed a successive motion to vacate his death sentence under 28 U.S.C. § 2255. By separate order issued today, the Court is holding the matter in abeyance while Hall's application for authorization to file the successive motion is pending in the Court of Appeals. (Doc. 1194.) Assuming such authorization is granted, Hall seeks leave to have counsel Robert C. Owen and Marcia A. Widder proceed in this case without local counsel. Hall certifies that the government does not oppose this request.

The Court GRANTS leave for attorneys Owen and Widder to proceed without local counsel. (Doc. 1194.) The Court reminds counsel to review the applicable travel authorization requirements before incurring any travel expenses related to this representation for which they intend to seek reimbursement.[1]

SIGNED May 27, 2016.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1]The local procedures for "Allowable Expenses" are on the Court's website: http://www.txnd.uscourts.gov/chapter-vii-payment