IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORLANDO CORDIA HALL,
          Petitioner,

v.

UNITED STATES OF AMERICA,
          Respondent.

NO.    4:94-CR-121-Y-2

## NOTICE OF APPEARANCE OF CO-COUNSEL

The government advises the Court and all parties that Assistant United States

Attorney Jonathan Bradshaw should be reflected as co-counsel of record for the United

States of America.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 30, 2020, I filed this notice with the clerk of court for
the U.S. District Court, Northern District of Texas, via the electronic filing system which
will generate service to all counsel of record.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw