IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | | |
| v. | | No.    4:94-CR-121-Y-2 |
| ORLANDO CORDIA HALL<br>Defendant. | | (CAPITAL CASE) |

### GOVERNMENT'S NOTICE REGARDING EXECUTION DATE

The United States hereby notifies the Court that the Director of the Federal Bureau

of Prisons, upon the direction of the Attorney General, has scheduled the execution of

Orlando Cordia Hall, in accordance with 28 C.F.R. Part 26, to take place on November

19, 2020.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2020, I electronically filed the foregoing with the

Clerk of the Court for the United States District Court for the Northern District of Texas

using the CM/ECF system.  I certify that all participants in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney

2

**U.S. Department of Justice**

Federal Bureau of Prisons

_Federal Correctional Complex_
_Terre Haute, Indiana_

September 30, 2020

Mr. Orlando Hall
Reg. No. 26176-077
Special Confinement Unit
United States Penitentiary
Terre Haute, Indiana 47802

Dear Mr. Hall:

The purpose of this letter is to inform you that a date has been set for the implementation of your death sentence, pursuant to the Judgment and Order issued on February 12, 1996, by Judge Terry R. Means of the United States District Court for the Northern District of Texas. This letter will serve as official notification that pursuant to Title 28, Code of Federal Regulations, Section 26.3(a)(1), the Director of the Federal Bureau of Prisons has set November 19, 2020, as the date for your execution by lethal injection.

Under Title 28, Code of Federal Regulations, Sections 1.1 and 1.10, if you wish to seek commutation of sentence or reprieve from the President, petitions may be emailed directly to the DOJ Pardon Attorney at USPARDON.Attorney@usdoj.gov. If email is not available, petitions may be mailed to the Office of the Pardon Attorney, U.S. Department of Justice, 950 Pennsylvania Avenue, RFK Main Justice Building, Washington, D.C. 20530. The Office of the Pardon Attorney is responsible for receiving and processing on behalf of the President all requests for clemency. If you wish to apply for commutation of sentence your petition must be filed within 30 days of the date you receive this notice.

Soon, I will come to your housing unit to personally discuss with you many of the details surrounding the execution. At that time, I will be available to answer any questions you may have regarding the execution process.

Sincerely,

T.J. Watson
Complex Warden

cc:    The Honorable Terry R. Means, Judge, United States District Court
       (N.D.Texas)
       Ms. Karen Mitchell, Clerk of the Court (N.D. Texas)
       Ms. Erin N. Cox, United States Attorney (N.D. Texas)
       Ms. Delonia A. Watson, Assistant United States Attorney (N.D. Texas)
       Mr. Richard B. Roper III, Assistant United States Attorney (N.D. Texas)
       Ms. Marcia A. Widder, Georgia Research Center
       Mr. Robert C. Owen, Law Office of Robert C. Owen, LLC
       Mr. Josh Minkler, United States Attorney (S.D. Indiana)
       Mr. Joseph "Dan" McClain, U.S. Marshal (S.D. Indiana)