4:19-CV-258-Y

4:94-CR-121-Y

RECEIVED
By TamaraEllis at 10:01 am, Nov 02, 2020

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 30, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-10345   In re: Orlando Hall

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Nancy F. Dolly, Deputy Clerk
                    504-310-7683

    Mr. Jonathan Glen Bradshaw
    Mr. Benjamin Gillig
    Mr. Robert Nathan Hochman
    Mr. Jonathan F. Mitchell
    Ms. Karen S. Mitchell
    Mr. Robert Charles Owen
    Ms. Leigha Amy Simonton
    Ms. Marcia Adele Widder