ORIGINAL
CTJ
4:19-CV-258-Y
4:94-CR-121-Y

Case: 19-10345    Document: 00515621666    Page: 1    Date Filed: 10/30/2020
Case 4:94-cr-00121-Y    Document 1209    Filed 11/02/20    Page 1 of 1    PageID 1707

**FILED**

**November 02, 2020**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

————————

No. 19-10345

————————

IN RE: ORLANDO CORDIA HALL,

*Movant.*

————————————————————

Motion for an order authorizing
the United States District Court for the
Northern District of Texas to consider
a successive 28 U.S.C. § 2255 motion

————————————————————

Before DENNIS, HO, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the government's motion for expedited ruling on the motion for authorization to file a successive petition is DENIED AS MOOT.

IT IS FURTHER ORDERED that movant's motion for stay of execution pending resolution of this case is DENIED AS MOOT.