**RECEIVED**

**By TamaraEllis at 3:32 pm, Dec 01, 2020**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 01, 2020        4:94-CR-121-1-Y

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

     No. 20-10530    In re: Bruce Webster

Dear Ms. Mitchell,

Enclosed is a certified copy of the opinion issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

Enclosure(s)

cc:  Mr. Jonathan Glen Bradshaw
     Mr. Brian W. McKay
     Ms. Florence Italia Patti
     Ms. Leigha Amy Simonton
     Mr. Steven Joseph Wells