# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA                §
          *Plaintiff*                     §
                                        §
                                        §
                                        §
          v.                            §   Case No. 4:94-CR-121-Y
                                        §
                                        §
BRUCE CARNEIL WEBSTER                    §
          *Defendant*                     §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Indiana Federal Community Defenders                , with offices at

111 Monument Circle, Suite 3200
(Street Address)

Indianapolis               IN           46204
(City)                    (State)       (Zip Code)

(317) 383-3520           (317) 383-3525
(Telephone No.)          (Fax No.)

**II.**     Applicant will sign all filings with the name Monica Foster          .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Applicant was appointed by the District Court for the Southern District of Indiana to represent Bruce Carneil Webster in proceedings brought pursuant to 28 USC 2241. The current litigation in Texas Northern concerns implementation of the mandate ordered by the Court of Appeals for the Seventh Circuit on behalf of Mr. Webster.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Indiana_____, where Applicant regularly practices law.

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

Bar license number: 8368-49        Admission date: 10/1/1983_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| United States Supreme Court | 1989 | Active |
| Fed. Dist. Ct. for S.D. of Indiana | 1983 | Active |
| | | |
| | | |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

IX.    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

_____    N/A _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

X.    Local counsel of record associated with Applicant in this matter is

Jason Hawkins, Federal Defender _____, who has offices at

525 S. Griffin St., Suite 629 _____
(Street Address)

Dallas _____        TX _____        75202 _____
(City)                                (State)              (Zip Code)

(214) 767-2746 _____        (214) 767-2886 _____
(Telephone No.)                               (Facsimile No.)

XI.    Check the appropriate box below.

For Application in a **Civil Case**

☐    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑    Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   29th   day of April _____, 2021 _____.

Monica Foster _____
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.