

# INDIANA SUPREME COURT
# ATTORNEY ANNUAL REGISTRATION
# PROFILE REPORT
# 04/30/2021

**The following information is what you or your account administrator has certified, with the Roll of Attorneys:**

## Personal Information

| | |
|---|---|
| **Name:** | **Attorney Number:** 8368-49 |
| Ms. Monica Foster | **Race:** Caucasian |
| | **Gender:** Female |

## Contact Information

**Primary Email:** monica.foster@fd.org

**Alternate Email:**

**Phone:** (317) 383-3520

**Cell Phone:**

**Firm/Business Name:** Indiana Federal Defender

**Home Address:**
3657 Spring Hollow Drive
Indianapolis, Indiana  46208
United States

**Business Address:**
Executive Director
Ind. Federal Comm. Defender
111 Monument Circle #3200
Indianapolis, Indiana  46204
United States

## Contact Preferences

| | | | |
|---|---|---|---|
| **Address for Public Roll of Attorneys:** | Business address | **Phone for Public Roll of Attorneys:** | None |
| **Email for Public Roll of Attorneys:** | Primary email | **Appellate Clerk Notices/Public E-service:** | Business address Primary email |

## Bar Status

| | | | |
|---|---|---|---|
| **Admit Date:** | 10/07/1983 | **Annual Registration Status:** | COMPLETED |
| **License Status:** | Active In Good Standing | **Annual Registration Status Date:** | 08/04/2020 |
| **Status Date:** | 10/07/1983 | | |

## IOLTA

**Participation:** Exempt

**Exempt Reason:** I am not in the private practice of law, or my practice does not involve client trust funds, or I do not have an office within the State of Indiana.

**Bank:** You do not have any IOLTA Accounts

## Attorney Surrogate

**Surrogate:** No Surrogate selected

4/30/2021 2:49 PM

**NOT AN INVOICE - DO NOT PAY**

IMPORTANT: Any change of address or other contact information must be reported to the Clerk of the Indiana Supreme Court within 30 days of such change.  You can do so through the Courts Portal at portal.courts.in.gov.  Failure to do so shall be a waiver of notice involving attorney licensure and/or disciplinary matters.

Clerk of the Courts
Roll of Attorney Administrator
Indiana Government Center South
402 W. Washington Street., Rm. W062
Indianapolis, IN 46204-2732
PHONE: 317-232-5861 ext. 4
rollatty@courts.IN.gov

Gregory R. Pachmayr
Clerk of the Indiana Supreme Court

This is your good standing card.  Print this record, detach and retain this card.

You may print an updated version of this report, including an updated bar card, at any time through the Indiana Courts Portal.



Indiana Supreme Court
2020-2021
Certificate of Good Standing

**Monica Foster**

ATTORNEY NUMBER 8368-49

This certifies that the above attorney is a member of the Indiana Bar and is in Active In Good Standing as of:

4/30/2021          Clerk of Courts

Attorney Signature

4/30/2021 2:49 PM

# SUPREME COURT OF
# THE STATE OF INDIANA



# *Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

MONICA FOSTER

is a member of the bar of said Court since admission on

October 7, 1983 , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 30th day of April, 2021.



GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA