**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:94-cr-00121-Y-1 |
| | ) | |
| | ) | |
| BRUCE CARNEIL WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW DOCUMENT 1213**
**APPLICATION FOR ADMISSION PRO HAC VICE**

Comes now Florence I. Patti, and moves the Court to withdraw Document 1213

Application for Admission Pro Hac Vice filed with this Court on April 30, 2021.

**WHEREFORE**, the Defendant prays that this Honorable Court issue an Order

Withdrawing Defendant's Application for Admission Pro Hac Vice.

Respectfully submitted,

*Florence I. Patti*
Florence I. Patti
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2021, a copy of the foregoing was filed electronically.
Notice of this filing will be sent to the parties of record by operation of the Court's
electronic filing system. Parties may access this filing through the Court's system.

*Florence I. Patti*
Florence I. Patti