**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:94-cr-00121-Y-1 |
| ) | |
| ) | |
| BRUCE CARNEIL WEBSTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION TO WITHDRAW DOCUMENT 1213**
**APPLICATION FOR ADMISSION PRO HAC VICE**

This matter is before the Court upon Motion to Withdraw Document 1213

Application for Admission Pro Hac Vice which was filed with the Court on April 30, 2021

due to an electronic filing error.

The Court, after considering the Motion and being duly advised, now finds the

Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in

Defendant's Motion.

**IT IS THEREFORE ORDERED** that Document 1213, Application for Admission

Pro Hac Vice, shall be withdrawn.


Dated: _____                _____
                                               HON. TERRY R. MEANS
                                               DISTRICT JUDGE



Distribution to all registered counsel via electronic notification