# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

MONICA FOSTER

is a member of the bar of said Court since admission on

October 7, 1983, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 30th day of April, 2021.



GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA